

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00240-CV

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF TRANSPORTATION, Appellant | § | On Appeal from the 97th District Court |
| | § | of Montague County (2020-0331M-CV) |
| V. | § | April 28, 2022 |
| MARK SELF AND BIRGIT SELF, Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT ON REHEARING

After reviewing Appellees Mark Self and Birgit Self's motion for rehearing and Appellant Texas Department of Transportation's motion for rehearing and motion for rehearing en banc, we deny the motions; withdraw our opinion and judgment dated February 10, 2022; and substitute the following.

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the order of the trial court is affirmed in part and reversed in part. We reverse the portions of the trial court's order denying TxDOT's plea to the jurisdiction as to the Selfs' negligence

claim and inverse-condemnation claim, and we render judgment dismissing those claims. We affirm the remainder of the trial court's order that denies the plea to the jurisdiction on the Selfs' independent-contractor claim.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Dabney Bassel_____
      Justice Dabney Bassel